770

*Milam* and *E. T. McIlvaine* for respondents. 

 

No. 315. ROGAN, COLLECTOR OF INTERNAL REVENUE, *v.* SAMSON TIRE & RUBBER CORP. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Solicitor General Fahy* for petitioner. *Mr. Paul H. Arthur* for respondent. 

 

No. 319. WILLIAM DAVIES CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. Lewis F. Jacobson* and *David Silbert* for petitioner. *Solicitor General Fahy, Mr. Robert B. Watts,* and *Miss Ruth Weyand* for respondent. 

No. 321. NORSTRAND CORPORATION ET AL. *v.* UNITED STATES. October 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Carl E. Ring* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Oscar A. Provost* for the United States.

Nos. 322, 323, and 324. SEMERIO ET AL. *v.* ROSENBERG ET AL. October 18, 1943. Petition for writs of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Milton D. Sapiro* for petitioners. *Mr. Herbert W. Erskine* for respondents. *Solicitor General Fahy* and *Mr. Douglas B. Maggs* filed a brief on behalf of the Administrator of the Wage and Hour Division, U. S. Dept. of Labor, as *amicus curiae,* in support of the petition.

